August 5, 1976.

M. P. No. 76-57, 73, 74, 76. PROVIDENCE GAS COMPANY *v.* EDWARD J. BURMAN *et al.* RHODE ISLAND CONSUMERS' COUNCIL *v.* WILLIAM W. HARSCH *et al.* Motion of respondents for an extension of time to file their brief is denied as being moot. *Hinckley, Allen, Salisbury & Parsons, Michael DeFanti,* for Providence Gas Company. *Roberts & Willey Incorporated, Dennis J. Roberts II,* for Consumers' Council. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents.

M. P. No. 76-108. JOHN E. PEARSON *et al. v.* OLD STONE SAVINGS BANK *et al.* Motion of plaintiffs for an extension of time to file their answer is granted and said answer shall be filed on or before August 13, 1976. *Letts, Quinn & Licht, Richard A. Licht, Frank Licht,* for plaintiffs. *Tillinghast, Collins & Graham, Peter J. McGinn, Robert W. Edwards,* for defendants.

M. P. No. 76-212. WASHINGTON PARK CITIZENS ASSOCIATION, INC. *et al. v.* BUILDING BOARD OF REVIEW, CITY OF PROVIDENCE. Petition for writ of certiorari granted. *Robert B. Mann,* for petitioners. *Henry M. Swan, John H. McHugh,* Special Counsel, Building Board of Review, for respondent.